Jawaid A. Parker [SPN: 01465855] (7F3)
701 N. San Jacinto
Houston, Tx. 77002

71,587-02

Aug, 21, 2015

Hon. Christopher A. Prine
1307 San Jacinto, 11th Fl.
Houston, Tx. 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 28 2015

CHRISTOPHER A. PRINE
CLERK

Re: Notice of Appeal
   In Re Jawaid A. Parker [01-15-00607-CR]

Dear Hon. Christopher Prine,

Please Find Enclosed My Notice of Appeal in the Refrenced Cause No. The Hon. First Court of Appeals Dismissed My Writ of Mandamus Summarily. Therefore, I Would Like to Appeal The Court's Decision To The Texas Court of Criminal Appeals.

Kindly Forward The Record To The Court. Also, Please Date Stamp The Copy of This Cover Letter And Return It Back To Me For My Record & Acknowledgement. I Am Enclosing An SASE For Your Convenience. Thanking You I Remain.

Sincerely,

Jawaid A. Parker

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 03 2015

Abel Acosta, Clerk

cc: file

Jawaid A. Parker [SPN: 01465855] (7F3)

701 N. San Jacinto

Houston, Tx. 77002

Aug. 21, 2015

Hon. Christopher A. Prine

1307 San Jacinto, 11th Fl.

Houston, Tx. 77002

RE: Notice of Appeal

In Re Jawaid A. Parker [01-15-00607-CR]

Dear Hon. Christopher Prine,

Please Find Enclosed My Notice of Appeal in the Above Referenced Cause No. The Hon. First Court of Appeals Summarily Dismissed My Writ of Mandamus. Therefore, I Would Like To Appeal The Court's Decision To The Texas Court of Criminal Appeals.

Kindly Forward The Record To The Court. Also, Please Date Stamp The Copy of This Cover Letter and Return It Back To Me For My Record & Acknowledgement. I Am Enclosing An SASE For Your Convenience. Thanking You I Remain.

Sincerely,

Jawaid A. Parker

cc: file

No: 01-15-00607-CR

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 2 8 2015

CHRISTOPHER A. PRINE
CLERK

§   FROM THE

IN RE   §   COURT OF APPEALS

JAWAID AHMED PARKER,   §   FOR THE

RELATOR   §   FIRST DISTRICT OF TEXAS

## NOTICE OF APPEAL

RELATOR, JAWAID AHMED PARKER, FILED A WRIT OF MANDAMUS SEEKING TO SECURE HIS CONSTITUTIONAL RIGHTS OF BEING HEARD BY HIMSELF; TO A SPEEDY TRIAL; AND TO OTHER DUE PROCESS OF LAW IN THE 182nd DISTRICT COURT OF HARRIS COUNTY, TEXAS CAUSE NO. 1435056.

ON AUGUST 18, 2015, THE HONORABLE COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS SUMMARILY DENIED RELATOR'S PETITION WITHOUT GIVING ANY REASON AS TO WHY RELATOR IS NOT ENTITLED TO FUNDAMENTAL RIGHTS GUARANTEED UNDER BOTH THE U.S. AND TEXAS CONSTITUTIONS.

RELATOR, THUS, HEREBY APPEALS THE COURT'S DECISION TO THE TEXAS COURT OF CRIMINAL APPEALS OF TEXAS

RESPECTFULLY SUBMITTED,

EXECUTED ON AUG 21, 2015

JAWAID A. PARKER, APPEALANT

SHERRY RADACK·
  CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
  JUSTICES



# Court of Appeals
# First District
### 301 Fannin Street
### Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
  CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.1stcoa.courts.state.tx.us

September 1, 2015

Court of Criminal Appeals
Clerk's Office
P.O. Box 12308
Austin, TX 78711

RE:    **Notice of appeal received in the First Court of Appeals**

On August 28, 2015, a Notice of Appeal was received in this Court from an opinion issued in case number 01-15-00607-CR, In re Jawaid A. Parker.

In accordance with Rule 68.3 of the Texas Rules of Appellate Procedure, the notice of appeal is being forwarded to you.

Very truly yours,

/s/ Christopher A. Prine

Christopher A. Prine
Clerk of the Court

By: Michelle Gentile
Chief Deputy Clerk

Cc:  Jawaid A. Parker